# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ALLEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　　Respondent. | **Case No. CV 16-04803 AB (RAO)**<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: November 9, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE